UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVI KUMAR SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00139-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

　　　　Plaintiff is a prisoner proceeding *pro se* in this action.  On February 3, 2021, Plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, but he did not fill out the second page or sign it.  (ECF No. 2, p. 5).

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

　　　　Dated:　**February 4, 2021**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1